UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TREA MICHAEL EDWARD
HOLLAND,

      Petitioner,

v.                                                                    Case No. 3:23-cv-24237-TKW-HTC

COMMISSIONER OF
INTERNAL REVENUE
SERVICE,

      Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to prosecute and failure to comply with court orders.   Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED without prejudice.

3.      The Clerk shall enter judgment in accordance with this Order and

close the case file.

**DONE and ORDERED** this 1st day of December, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 3:23-cv-24237-TKW-HTC